IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNUM LIFE INSURANCE COMPANY OF AMERICA, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) CASE NO. 3:23-cv-00512-RAH |
| DONNA REYNOLDS, | ) ) |
| Defendant. | ) ) |

## ORDER

Upon consideration of the parties' *Stipulation of Dismissal* (Doc. 38) filed on August 8, 2024, which comports with Fed. R. Civ. P. 41(a)(1)(A)(ii), this action is **DISMISSED WITH PREJUDICE** on the terms agreed to and set out by the parties.

All pending deadlines are terminated. The Clerk of the Court is **DIRECTED** to close the case.

**DONE** and **ORDERED** on this the 9th day of August 2024.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE